Vermont Superior Court
Filed 01/11/23
Chittenden Unit

**USDC - DVT**
**2:23-CV-47**

VERMONT SUPERIOR COURT

Chittenden Unit
175 Main Street, PO Box 187
Burlington VT  05402
802-863-3467
www.vermontjudiciary.org



CIVIL DIVISION

Case No. 23-CV-00139

| Michael Bliss v. Rich Murray et al |
| --- |

## ORDER

Before the court can issue the summons' to be served, Plaintiff needs to amend his complaint to name in the title of the case each defendant he is suing. "Et al." is not sufficient, as it is unclear. Please file your amended complaint within 14 days.

Electronically signed on January 11, 2023 pursuant to V.R.E.F. 9(d).

Helen M. Toor
Superior Court Judge