| VERMONT SUPERIOR COURT<br>Chittenden Unit<br>175 Main Street, PO Box 187<br>Burlington VT  05402<br>802-863-3467<br>www.vermontjudiciary.org |  | CIVIL DIVISION<br>Case No. 23-CV-00139 |
|---|---|---|

| Michael Bliss v. Rich Murray et al |
|---|

## ORDER

The clerk is ordered to issue a summons for each of the four named defendants. A "John Doe" cannot be served and therefore no summons shall issue for such defendants.

Electronically signed on January 24, 2023 pursuant to V.R.E.F. 9(d).

_____
Helen M. Toor
Superior Court Judge