UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF VERMONT

| | |
|---|---|
| Michael Bliss<br><br>    Plaintiff,<br><br>    v.<br><br>United Parcel Service, Inc. et al,<br><br>    Defendant. | Civil Action No. 2:23–cv–047 |

## **ORDER**

On or before August 14, 2023, Plaintiff shall return executed his Magistrate Judge Assignment Form in accordance with Local Rule 73(c).

Dated at Burlington, in the District of Vermont, this 3rd. day of August 2023.

*/s/ Kevin J. Doyle*
Kevin J. Doyle
United States Magistrate Judge