UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF VERMONT

| | |
|---|---|
| Michael Bliss,<br><br>      Plaintiff(s),<br><br>      v.<br><br>United Parcel Service, Inc. et al,<br><br>      Defendant(s). | Civil Action No. 2:23–cv–047 |

## **ORDER**

On or before August 14, 2023, Defendants shall return executed their Magistrate Judge Assignment Form in accordance with Local Rule 73(c) and shall also file United Parcel Service Inc.'s Corporate Disclosure Statement pursuant to Fed. R. Civ. P. 7.1 and Local Rule 7.1.

Dated at Burlington, in the District of Vermont, this 3rd. day of August 2023.

                                                               */s/ Kevin J. Doyle*
                                                               Kevin J. Doyle
                                                               United States Magistrate Judge