## UNITED STATES DISTRICT COURT
## DISTRICT OF VERMONT

U.S. DISTRICT COURT
DISTRICT OF VERMONT
FILED

2024 APR 17 PM 3: 56

CLERK

BY _____ DEPUTY CLERK

**Mr. Michael Bliss,**
**PLAINTIFF (PRO SE),**
**Crawford**

Case No. 2:23-cv-00047

Judge Geoffrey W.

**V.**

**United Parcel Service,**
**International Brotherhood of Teamsters,**
**Mr. Rich Murray,**
**Mr. Andrew Stogin,**
**Mr. Glen Steward,**
**Ms. Joan Shea,**
**Mr. Tyler Mills,**
**Mr. Joseph Foti,**
**Mr. Jeffrey Sharp,**
**Mr. Matthew Maini,**
**DEFENDANTS.**

## AMENDED COMPLAINT

Now Comes Michael Bliss, Plaintiff, submitting to this Honorable Court, the following Complaint:

## COUNTS

**Count 1:** Suing Rich Murray in his individual and official capacity for personal and employer retaliation under Vermont Title 21.

**Count 2:** Suing Rich Murray in his individual and official capacity under a private action for defamation (libel and/or slander).

4

**Count 3**: Suing International Brotherhood of Teamsters and United Parcel Service for tortuous Breach of Contract with intentional civil conspiracy to breach contract with the following Defendants of: Mr. Rich Murray, Mr. Andrew Stogin, Mr. Glen Steward, Ms. Joan Shea, Mr. Tyler Mills, Mr. Joseph Foti, Mr. Jeffrey Sharp, and Mr. Matthew Maini.

Plaintiff reserves the right to add claims/counts as discovery can warrant
Plaintiff requests a trial by jury

## RELIEF

Plaintiff requests punitive and compensatory damages

## DEFENDANTS ADDRESSES

Defendants UPS, Murray, Stogin, Steward, Shea, and Mills will be Represented by Brooke Poling, Esq.and Michael Mattingly, Esq. from lawfirm Dinsmore & Shohl having an address and additional information of:

255 East Fifth Street, Suite 1900
Cincinnati, OH 45202
513.977.8200
brooke.poling@dinsmore.com
michael.mattingly@dinsmore.com

Defendants International Brotherhood of Teamsters, Foti, Sharp, and Maini will be represented by Steven Fonseca, Esq. from lawfirm Feinberg, Dumont & Brennan having an address and additional information of:

177 Milk Street, Suite 300
Boston, MA   02109
617.338.1976
sjf@fdb-law.com

## PLAINTIFF'S CONTACT INFO

5

Michael Bliss
Smart Suites
1700 Shelburne Road, Suite 112
S. Burlington, VT  05403
802.578.8739
777ssilb777@gmail.com


Respectfully Submitted,


Michael Bliss 2/20/2024


Michael Bliss                                    February 20th, 2024
Smart Suites
1700 Shelburne Road, Suite 112
S. Burlington, VT  05403
802.578.8739
777ssilb777@gmail.com

6